**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>           Movant, )<br>   )<br>   v. )<br>   )<br> DELOITTE & TOUCHE USA LLP, )<br>   )<br>          Respondent. )<br>   )<br>_____) | No. 1:08-mc-00411-RJL |

### DELOITTE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Deloitte & Touche USA LLP (n/k/a Deloitte LLP) ("Deloitte") respectfully requests an extension of time within which to file its response and for plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) to file any response to the United States' Motion to Compel Deloitte USA LLP to Produce Documents. Deloitte seeks an extension from July 14, 2008, to and including July 28, 2008. The United States does not oppose this extension request. A proposed order is attached.

Dated: July 8, 2007               Respectfully submitted,

/s/ Michael D. Warden
Michael D. Warden (D.C. Bar No. 419449)
Quin M. Sorenson (D.C. Bar No. 501292)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
(202) 736-8000
Email: mwarden@sidley.com
         qsorenson@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME to be served upon the following counsel for Movant in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States mail, postage prepaid, on this 8th day of July, 2008:

>Thomas F. Koelbl
>U.S. DEPARTMENT OF JUSTICE
>555 Fourth Street, NW
>Room 6223
>Washington, DC 20001
>(202) 514-5891
>Email: thomas.f.koelbl@usdoj.gov
>
>John B. Magee
>Hartman E. Blanchard, Jr.
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Email: hblanchard@mckeenelson.com

>/s/ Michael D. Warden
>Michael D. Warden (D.C. Bar No. 419449)
>Quin M. Sorenson (D.C. Bar No. 501292)
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005-1401
>(202) 736-800
>Email:  mwarden@sidley.com
>           qsorenson@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00411-RJL |
| | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

The Court hereby GRANTS Deloitte's Unopposed Motion for Extension of Time and ORDERS that Deloitte & Touche USA LLP (n/k/a Deloitte LLP) and plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) shall file their responses to the Motion on or before July 28, 2008.

IT IS SO ORDERED on this _____ day of July, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE