**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|            Movant,                  ) | |
|                                     ) | |
|       v.                            ) | No. 1:08-mc-00411-RJL |
|                                     ) | |
| DELOITTE & TOUCHE USA LLP,          ) | |
|                                     ) | |
|            Respondent.              ) | |
|                                     ) | |
| _____ ) | |

## DELOITTE'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Deloitte & Touche USA LLP (n/k/a Deloitte LLP) ("Deloitte") respectfully requests an extension of time within which to file its response and for plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) to file any response to the United States' Motion to Compel Deloitte USA LLP to Produce Documents. Deloitte seeks an extension from July 28, 2008, to and including August 11, 2008, to allow the parties to continue discussions concerning the Motion to Compel. The United States does not oppose this extension request. A proposed order is attached.

Dated:  July 24, 2007                     Respectfully submitted,


                                          /s/ Michael D. Warden
                                          Michael D. Warden (D.C. Bar No. 419449)
                                          Quin M. Sorenson (D.C. Bar No. 501292)
                                          SIDLEY AUSTIN LLP
                                          1501 K Street, N.W.
                                          Washington, D.C.  20005-1401
                                          (202) 736-8000
                                          Email:  mwarden@sidley.com
                                                    qsorenson@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME to be served upon the following counsel in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States mail, postage prepaid, on this 24th day of July, 2008:

>Thomas F. Koelbl
>U.S. DEPARTMENT OF JUSTICE
>555 Fourth Street, NW
>Room 6223
>Washington, DC 20001
>(202) 514-5891
>Email: thomas.f.koelbl@usdoj.gov
>
>John B. Magee
>Hartman E. Blanchard, Jr.
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Email: hblanchard@mckeenelson.com

>/s/ Michael D. Warden
>Michael D. Warden (D.C. Bar No. 419449)
>Quin M. Sorenson (D.C. Bar No. 501292)
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005-1401
>(202) 736-8000
>Email: mwarden@sidley.com
>       qsorenson@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | No. 1:08-mc-00411-RJL |
| DELOITTE & TOUCHE USA LLP, | ) ) ) | |
| Respondent. | ) ) ) | |

## [PROPOSED] ORDER

The Court hereby GRANTS Deloitte's Second Unopposed Motion for Extension of Time and ORDERS that Deloitte & Touche USA LLP (n/k/a Deloitte LLP) and plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) shall file their responses to the Motion to Compel on or before August 11, 2008.

IT IS SO ORDERED on this _____ day of July, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE