IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00411-RJL |
| | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

**DELOITTE'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Deloitte & Touche USA LLP (n/k/a Deloitte LLP) ("Deloitte") respectfully requests an extension of time within which to file its response and for plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) to file any response to the United States' Motion to Compel Deloitte USA LLP to Produce Documents.  Deloitte seeks an extension from August 11, 2008, to and including August 25, 2008.  This extension is warranted because Deloitte was notified today, after discussions with the United States concerning resolution of the Motion To Compel, that the United States will proceed with the Motion.  The United States does not oppose this extension request.  A proposed order is attached.

Dated:  August 7, 2008                              Respectfully submitted,


/s/ Michael D. Warden
Michael D. Warden (D.C. Bar No. 419449)
Quin M. Sorenson (D.C. Bar No. 501292)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005-1401
(202) 736-8000
Email: mwarden@sidley.com
           qsorenson@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME to be served upon the following counsel in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States mail, postage prepaid, on this 7th day of August, 2008:

> Thomas F. Koelbl
> U.S. DEPARTMENT OF JUSTICE
> 555 Fourth Street, NW
> Room 6223
> Washington, DC 20001
> (202) 514-5891
> Email: thomas.f.koelbl@usdoj.gov
>
> John B. Magee
> Hartman E. Blanchard, Jr.
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 200
> Washington, D.C. 20036
> Email: hblanchard@mckeenelson.com

> /s/ Michael D. Warden
> Michael D. Warden (D.C. Bar No. 419449)
> Quin M. Sorenson (D.C. Bar No. 501292)
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005-1401
> (202) 736-8000
> Email: mwarden@sidley.com
>         qsorenson@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00411-RJL |
| | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

The Court hereby GRANTS Deloitte's Third Unopposed Motion for Extension of Time and ORDERS that Deloitte & Touche USA LLP (n/k/a Deloitte LLP) and plaintiffs in the underlying litigation (Chemtech Royalty Associates, L.P. and Chemtech II, L.P.) shall file their responses to the Motion to Compel on or before August 25, 2008.

IT IS SO ORDERED on this _____ day of August, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE