**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Movant, )<br>)<br>  v. )<br>)<br>DELOITTE & TOUCHE USA LLP, )<br>)<br>  Respondent. )<br>_____ ) | No. 1:08-mc-00411-RJL |

**DELOITTE LLP'S NOTICE OF REQUEST FOR ORAL HEARING ON**
**UNITED STATES' MOTION TO COMPEL DELOITTE & TOUCHE USA LLP**
**TO PRODUCE DOCUMENTS**

Respondent Deloitte LLP, formerly known as Deloitte & Touche USA LLP, by undersigned counsel, respectfully requests an oral hearing on the United States' Motion To Compel Deloitte & Touche USA LLP To Produce Documents.  Oral argument would assist this Court in resolving the questions presented in the Motion and would allow counsel to address issues raised in the reply memorandum filed by the United States.  Plaintiffs in the underlying litigation in the Middle District of Louisiana, which have filed a motion to intervene in the present proceeding, join in this request.


Dated:  September 5, 2008           Respectfully submitted,


                                    /s/ Michael D. Warden
                                    Michael D. Warden (D.C. Bar No. 419449)
                                    Quin M. Sorenson (D.C. Bar No. 501292)
                                    SIDLEY AUSTIN LLP
                                    1501 K Street, N.W.
                                    Washington, D.C.  20005-1401
                                    (202) 736-8000
                                    Email: mwarden@sidley.com
                                           qsorenson@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing DELOITTE LLP'S NOTICE OF REQUEST FOR ORAL HEARING ON UNITED STATES' MOTION TO COMPEL DELOITTE & TOUCHE USA LLP TO PRODUCE DOCUMENTS to be served upon the following counsel in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States mail, postage prepaid, on this 5th day of September, 2008:

Thomas F. Koelbl
U.S. DEPARTMENT OF JUSTICE
555 Fourth Street, NW
Room 6223
Washington, DC 20001
(202) 514-5891
Email: thomas.f.koelbl@usdoj.gov

John B. Magee
Hartman E. Blanchard, Jr.
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Email: hblanchard@mckeenelson.com

/s/ Michael D. Warden
Michael D. Warden (D.C. Bar No. 419449)
Quin M. Sorenson (D.C. Bar No. 501292)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
(202) 736-800
Email: mwarden@sidley.com
qsorenson@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00411-RJL |
| | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

The Court hereby DIRECTS that an oral hearing on the United States' Motion To Compel Deloitte & Touche USA LLP To Produce Documents shall be held at _____ a.m./p.m. in Courtroom No. __, E. Barrett Prettyman Federal Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., on _____, _____, 2008.

IT IS SO ORDERED on this _____ day of September, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE