## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:08-mc-00411-RJL |
| | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### DELOITTE LLP'S NOTICE OF *IN CAMERA* SUBMISSION

Respondent Deloitte LLP, formerly known as Deloitte & Touche USA LLP, hereby gives notice that, pursuant to oral instruction of the Court, undersigned counsel has submitted for *in camera* inspection by the Court a confidential document, described as the "Deloitte Memorandum," which is sought by the United States in its motion to compel and over which Intervenor Dow has asserted attorney-client, attorney work-product, and other privileges. The document will be delivered on this day to the chambers of The Honorable Richard J. Leon in a sealed envelope marked "CONFIDENTIAL DOCUMENT FOR *IN CAMERA* REVIEW," with the case number and caption and a descriptive title of the document.

Dated: October 12, 2010            Respectfully submitted,

/s/ Michael D. Warden
Michael D. Warden (D.C. Bar No. 419449)
Quin M. Sorenson (D.C. Bar No. 501292)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
(202) 736-8000
Email: mwarden@sidley.com
       qsorenson@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing DELOITTE LLP'S NOTICE OF IN CAMERA SUBMISSION to be served upon the following counsel in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States mail, postage prepaid, on this 12th day of October, 2010:

THOMAS F. KOELBL
U.S. DEPARTMENT OF JUSTICE
555 FOURTH STREET, NW
ROOM 6223
WASHINGTON, DC 20001
(202) 514-5891
EMAIL: THOMAS.F.KOELBL@USDOJ.GOV

JOHN B. MAGEE
HARTMAN E. BLANCHARD, JR.
BINGHAM MCCUTCHEN LLP
2020 K STREET, NW
WASHINGTON, DC 20006-1806
(202) 373-6679
EMAIL: HARTMAN.BLANCHARD@BINGHAM.COM

/s/ Michael D. Warden
Michael D. Warden (D.C. Bar No. 419449)
Quin M. Sorenson (D.C. Bar No. 501292)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
(202) 736-800
Email:  mwarden@sidley.com
         qsorenson@sidley.com